IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DAVID JUAN ANDERSON, :
:
    Plaintiff :
:
VS. : 1 : 06-CV-28 (WLS)
:
DR. LAVENDRA SHOOTES, and :
CATHERINE CROSS, Deputy Warden, :
:
    Defendants. :

**RECOMMENDATION**

Presently pending in this § 1983 case is the plaintiff's motion for injunctive relief. The plaintiff filed this action in February 2006, raising allegations of deliberate indifference to his serious medical needs, specifically in regard to the provision of dental treatment. In his Motion for injunctive relief, the plaintiff asks that the court forbid defendant Dr. Shootes from extracting plaintiff's decayed tooth, inasmuch as the plaintiff "feels more harm than good will be done by Dr. Lavandra Shootes".

In order to obtain injunctive relief, the plaintiff must prove that: (1) there is a substantial likelihood that he will prevail on the merits; (2) he will suffer irreparable injury unless the injunction issues; (3) the threatened injury to the movant outweighs whatever damage the proposed injunction may cause the opposing party; and (4) the injunction, if issued, would not be adverse to the public interest. Zardui-Quintana v. Richard, 768 F.2d 1213, 1216 (11th Cir. 1985); Snook v. Trust Co. of Georgia Bank of Savannah, N.A., 909 F.2d 480, 483 (11th Cir. 1990). Injunctive relief will not issue unless the conduct at issue is imminent and no other relief

or compensation is available.  Cunningham v. Adams, 808 F.2d 815, 821 (11th Cir. 1987).

      A review of the plaintiff's motions reveals no basis for the issuance of an injunctive order. The plaintiff has not established that he is entitled to injunctive relief, i.e., there is a substantial likelihood of success on the merits or resulting irreparable harm, or that no other relief is available to address his alleged injuries.  Accordingly, it is the recommendation of the undersigned that the plaintiff's motion for injunctive relief be **DENIED**.

      Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 10th day of January, 2007.

                              /s/ ***Richard L. Hodge***
                              RICHARD L. HODGE
                              UNITED STATES MAGISTRATE JUDGE