**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

DAVID JUAN ANDERSON, :
:
    Plaintiff :
:
v. : 1:06-cv-28 (WLS)
:
DR. LAVENDRA SHOOTES, et. al., :
:
    Defendant :
:

## **ORDER**

    Before the Court is a Recommendation from United States Magistrate Richard L. Hodge filed on January 10, 2007. (Doc. 27). It is recommended Plaintiff's Motion for Injunctive Relief (Doc. 7) be denied. (Doc. 27). Plaintiff filed a timely objection to the Report and Recommendation on January 17, 2007. (Doc. 29).

    In the Recommendation, it was found that while Plaintiff raised allegations of deliberate indifference to his serious medical needs, specifically in regard to the provision of dental treatment, he did not establish that he is entitled to injunctive relief as he did not show that there is a substantial likelihood that he will prevail on the merits, he will suffer irreparable harm unless the injunction issues, or that no other relief is available to address his alleged injuries. (Doc. 27). It is therefore recommended that Plaintiff's Motion for Injunctive Relief (Doc. 7) be denied.

    In his objection, Plaintiff does not address the finding made in the Recommendation that he does not establish that he is entitled to injunctive relief. (*See* Doc. 29). Instead, Plaintiff concludes, without directing the Court's attention to any supporting evidence either in his Complaint or in his Motion, that he has shown that which it has been found he has not. *Id.* The Court, upon further review, finds that Plaintiff neither makes the requisite showings in his Complaint or in his Motion nor otherwise directs the Court's attention to any evidence which could arguably support his objection that he has made the appropriate showing.

    Therefore, upon review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 27) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein, together

1

with the findings made and conclusions reached herein. Plaintiff's Motion for Injunctive Relief (Doc. 7) is **DENIED**.

**SO ORDERED**, this   1st   day of February, 2007.


                                             /s/W. Louis Sands   
                                        **THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**