# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| DAVID JUAN ANDERSON, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | 1:06-cv-28 (WLS) |
| : | |
| DR. LAVENDRA SHOOTES, et. al., : | |
| : | |
| Defendant : | |
| : | |

## ORDER

Before the Court is a Recommendation from United States Magistrate Richard L. Hodge filed February 21, 2007. (Doc. 33). It is recommended that Defendants' Motions for Summary Judgment (Doc. 21, 22; *see also* Doc. 28) be granted. Plaintiff filed a timely objection to the Report and Recommendation on February 27, 2007. (Doc. 34).

In the Recommendation, it was found that Plaintiff has not maintained or established that he fully pursued all available administrative remedies as required by the Prison Litigation Reform Act ("PLRA"). (Doc. 33). Notably, it was found that Plaintiff has not provided any documentation which may support any claims that he did pursue all such remedies. *Id*. Accordingly it was found that the claims underlying this action are unexhausted thereby prohibiting any 42 U.S.C. §1983 action based thereupon. *Id*. It is therefore recommended that Defendants' Motions for Summary Judgment (Docs. 21, 22) be granted. In his objection, Plaintiff reiterates facts and arguments which were addressed by the Magistrate Judge in his Recommendation. (Doc. 34). Upon review, the Court finds the objections without merit. Accordingly, they are **OVERRULED**.

Therefore, upon review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 33) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein, together with the findings made and conclusions reached herein. Accordingly, Defendants' Motions for Summary Judgment (Docs. 21, 22) are **GRANTED**.

**SO ORDERED**, this  21st  day of March, 2007.

  /s/W. Louis Sands  
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**